

UNITED STATES FEDERAL COURT
EASTERN DISTRICT OF WISCONSIN

In re: Case No. 2015-C-0773

WILLIAM JOHN FOLEY

V.

MILWAUKEE COUNTY CIRCUIT COUTY

**Motion To Substitute Judge**

The Plaintiff requests that the Court substitute another Judge

This was submitted by Plaintiff on June 29, 2015.

Dated June 29, 2015

Respectfully submitted,

_____
William J. Foley, Pro Se