PP

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WILLIAM J. FOLEY
   PLAINTIFF            CASE # 15-CV 0773-PP

V.

MILWAUKEE CIRCUIT COURT JUDGE
DENNIS P. MORONEY

   DEFENDANT

## PLAINTIFF'S RESPONSES

① SUBSTITUTION OF JUDGE — PLAINTIFF FEARED THAT IN HIS CHAPTER 13/CHAPTER 11 CASES THE COURT MAY HAVE BEEN SUBJECTED TO WHOLLY UNTRUTHFULL STATEMENTS ABOUT PLAINTIFF, YET SHIELDED FROM FACT THAT ATTORNEY JOHN P. SAVAGE, FORMER BUSINESS ASSOCIATE & GRADE SCHOOL FRIEND OF PLAINTIFF SHEPARDED BOTH CASES THROUGH THE COURTS PERSONALLY. IF THE COURT PERCEIVES IT IS IMPRACTICAL THE PLAINTIFF GLADLY WITHDRAWS HIS MOTION FOR JUDICIAL SUBSTITUTION.

② ERRORS IN FILING OR MISSING INFORMATION
WHAT THE COURT HAS AS DOCUMENT #1 WAS DOWNLOADED FROM THE USDOJ WEBSITE. I BELIEVED I HAD COMPLETED THE FORM AS REQUESTED, AND HAD READ THAT ADDITIONAL INFORMATION WOULD BE REQUESTED SUBSEQUENTLY.

## UPDATED INFORMATION

Ⓐ ADDRESS - BOOKING NUMBER 599 1128 02
MILWAUKEE COUNTY JAIL (CA 20)

[Filed stamp: 2015 JUL 22 PM 2:24, JOHN W. SANFILIPPO, CLERK, MAIL-RECD, U.S. DISTRICT COURT EASTERN DISTRICT-WI FILED]

B) - (DOCUMENT 4, PAGE 5, PARAGRAPH 2,
THE PLAINTIFF ERRED IN LISTING JUDGE THOMAS CURRAN.
I THOUGHT IT REQUESTED ALL PREVIOUS FILINGS.

C) (DOCUMENT 4, PAGE 6, PARA 1) INTENT IS THERE
BE ONE DEFENDANT.

D) NAME OF CASE -
    STATE OF WISCONSIN
        V.
    WILLIAM J. FOLEY
    CASE # 14CF3442

E) THE PLAINTIFF BEGS THE COURT TO OVERLOOK THE SOPHOMORIC APPEARANCE OF THIS DOCUMENT AS PLAINTIFF SKILLS HAVE FADED DUE TO TOTAL RELIANCE ON A KEYBOARD OVER THE LAST SEVENTEEN YEARS.

F) SIDE NOTE - PROSECUTION CHARGES HAVE CHANGED SIGNIFICANTLY FOUR TIMES SINCE ORIGINALLY PRESENTED. PLAINTIFF HAS NO IDEA WHAT CHARGES HE PLED "NOLO CONTENDRE" TO ON MAY 26TH.

G) COURT REFUSED TO ALLOW APPOINTMENT OF NEW ATTORNEY DUE TO INEFFECTIVE COUNSEL.

H) COUNSEL RECOMMENDED NOT ADVISING STATE TRIAL COURT JUDGE OF PLAINTIFF FILING CIVIL RIGHTS BECAUSE PLAINTIFF WOULD APPEAR "STUPID".

SINCERELY PREPARED
WILLIAM J. FOLEY