UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM J. FOLEY
PLAINTIFF

15-CV773-PP

V.

MILWAUKEE COUNTY CIRCUIT JUDGE DENNIS P. MORONEY (AN INDIVIDUAL)

I - OBJECTION TO DISMISSAL OF CASE (FILED 7-1-15) WITHOUT PREJUDICE
- THE PLAINTIFF RESPONDED TO THE COURT ON 7-7-15, RECEIVING NO RESPONSE — THOUGH THE RESPONSE WAS ADDRESSED TO THE JUDGE DIRECTLY AND WAS APPARENTLY LOST IN CHAMBERS
- COURT OBJECTED TO LACK OF DETAIL IN COMPLAINT MOTION, PLAINTIFF REQUESTS REVIEW & ASKS COURT TO RECOGNIZE THAT THE FORM SUBMITTED WAS DOWNLOADED FROM THE DOJ WEBSITE WHICH EXPLAINED THAT ADDITIONAL INFORMATION WILL BE REQUESTED SUBSEQUENTLY.

II QUESTION REGARDING JUDGE T. CURRAAN

(PAGE 1)

- JUDGE CURRAN'S NAME WAS INCLUDED IN ERROR AND SHOULD BE ELIMINATED.

III. COURT'S ORDER DENYING PLAINTIFF MOTION TO REQUEST SUBSTITUTION OF JUDGE (7-1-15) (DKT. NO. 3)
- PLAINTIFF DID NOT RECOGNIZE THAT A REASON WAS REQUIRED
- EXPLANATION FOR MOTION TO SUBSTITUTE JUDGE
    1 - THE JUDGE HAD PLAINTIFF'S BANKRUPTCY CASE, INITIALLY HELPFUL, AFTER BEING INTRODUCED TO BACKROOM POLITICAL OPERATIVE ATTORNEY JOHN P. SAVAGE, PLAINTIFF BELIEVES THE COURT DEVELOPED A BIAS AGAINST HIM.
    2. PLAINTIFF BELIEVES THIS BIAS CONTINUES WITH THE COURT'S OBSESSIVE FOCUS ON STYLE OVER RIGHTS; THE SAME APPROACH JUDGE CURRAN TOOK, THOUGH THE 7TH CIRCUIT OVERTURNED THE DECISION, I SERVED 365 DAYS THOUGH I WAS INNOCENT

(PAGE 2)

CONCLUSION — THE AFOREMENTIONED JOHN P. SAVAGE INTRODUCED ME IN 1995 TO JUDGE MORONEY PRIOR TO AN ELECTION AND IT IS WELL KNOWN THEY ARE LONG TIME CONFIDANTS.

AT THIS WRITING I HAVE ALREADY SPENT 40 DAYS IN UNDESERVED CONFINEMENT, THAT A TRIAL WILL PROVE I AM INNOCENT. I WILL DEFEND THE COURT'S RIGHT TO ANY OPINION, BUT OUR SOCIETY EXPECTS THAT THE CITIZEN BE GIVEN A FAIR TRIAL BY AN IMPARTIAL JURIST.

REGARDLESS OF YOUR PERSONAL ASSOCIATIONS I BEG YOUR HONOR TO BE TRUE TO THE OATH YOU'VE TAKEN SO RECENTLY.

SINCERELY

WILLIAM S. FOLEY
PRO SE

CURRENT ADDRESS
8885 S. 68TH STREET
FRANKLIN, WISCONSIN
53132

(PAGE 3)