AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

William J. Foley,
*Plaintiff*
v.
Dennis P. Moroney,
*Defendant*

Civil Action No. 15-cv-773-PP

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: The complaint be dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X Decided by Judge Pamela Pepper on the §1983 civil rights complaint filed on June 25, 2015.

Date: 9/3/15

CLERK OF COURT

*Kristine G. Wrobel*

*Signature of Clerk or Deputy Clerk*